```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         APR 14 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION DC   BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08CR106CBM |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| JENSEN ROBERT QUAN ) | U.S.C. § 3143(a)) |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

1

1 and/or

2 B. (✓) The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:
6 · NATURE OF THE Alleged VIOLATION AND
7 THE UNDERLYING OFFENSE; HISTORY OF
8 MENTAL ILLNESS (DANGER TO SELF)

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 4/14/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2